```
            UNITED STATES DISTRICT COURT

               DISTRICT OF CONNECTICUT
```

KEISHA BARNWELL
                                           PRISONER
    v.                          Case No. 3:10CV563(JBA)

MAUREEN BAIRD and
HARLEY LAPPIN

### ORDER TO SHOW CAUSE

Upon the April 13, 2010 petition of Keisha Barnwell, it is hereby

**ORDERED** that respondents file a response on or before **June 1, 2010** as to why the relief prayed for in the petition for writ of habeas corpus should not be granted, and it is

**ORDERED** that the Clerk serve this petition by mailing a copy of this order and a copy of the petition and all attachments to respondents' representative, Nora Dannehey, United States Attorney, Connecticut Financial Center, 157 Church Street, New Haven, CT 06508, on or before **May 3, 2010**.

Dated at New Haven, Connecticut this  28th  day of April 2010.

                               _____/s/_____
                               Janet Bond Arterton
                               United States District Judge