## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEISHA BARNWELL, | : | |
| | : | |
| PETITIONER, | : | |
| v. | : | Civil No. 3:10CV563 (JBA) |
| | : | |
| MAUREEN BAIRD AND HARLEY LAPPIN | : | |
| | : | |
| RESPONDENT. | : | May 24, 2010 |

### MOTION FOR EXTENSION OF TIME

Respondents, Maureen Baird and Harley Lapping ("Respondents") by and through undersigned counsel, hereby file their first Motion for an Extension of Time to respond to Petitioner's, Keisha Barnwell ("Petitioner"), Petition for Writ of Habeas Corpus.  As grounds for this Motion, Respondents state the following:

1. Petitioner filed her Petition for Writ of Habeas Corpus on April 13, 2010.

2. This Court issued an Order to Show Cause re:  Petition for Writ of Habeas Corpus on April 28, 2010, ordering Respondents to show cause on or before June 1, 2010, why the relief prayed for in the Petition for Habeas Corpus should not be granted.

3. Respondents are still investigating the allegations in the Petition, and gathering information related to Petitioner's denial of early release, and will not be able to respond by June 1, 2010.

4. Accordingly, Respondents now ask this Court to grant a thirty (30) day extension of time through and including July 1, 2010, to allow Respondents to respond to the Petition for Writ of Habeas Corpus.

5. This motion is filed in good faith and not for the purposes of delay.

6. Granting this motion will not prejudice any of the parties to this action because Petitioner is currently incarcerated at the Federal Correctional Institution in Danbury Connecticut.  Petitioner is currently serving a thirty-six (36) month sentence.

7. Petitioner's counsel has been contacted regarding this motion for extension of time, but has not responded.

WHEREFORE, Respondent, respectfully requests this Court enter an Order Granting Respondent a thirty (30) day extension of time through and including July 1, 2010, to respond to the Petitioner's Petition for Writ of Habeas Corpus, and for such other relief as it deems necessary, just and proper.

Respectfully submitted,

DAVID B. FEIN
UNITED STATES ATTORNEY


_____/s/ Ndidi N. Moses_____
NDIDI N. MOSES
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT 27456
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET
NEW HAVEN, CT 06510
(203) 821-3700 (telephone)
(203) 773-5373 (facsimile)
Ndidi.Moses@usdoj.gov

## CERTIFICATION OF SERVICE

  I hereby certify that on May 24, 2010, a copy of foregoing was filed electronically on opposing counsel.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.  Parties may access this filing through the Court's CM/ECF System.

                        */s/ Ndidi N. Moses*
                        NDIDI N. MOSES
                        ASSISTANT U.S. ATTORNEY