## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEISHA BARNWELL, | : | |
| | : | |
| Petitioner | : | |
| v. | : | Civil No. 3:10CV563 (JBA) |
| | : | |
| MAUREEN BAIRD AND HARLEY LAPPIN | : | |
| | : | |
| Respondent | : | July 27, 2010 |

### PETITIONER KEISHA BARNWELL'S MOTION TO WITHDRAW

Petitioner Keisha Barnwell hereby moves to withdraw her petition. Counsel for Respondent has been advised and has no objection to this motion.

___/s/_____
BRETT DIGNAM
Attorney for Petitioner Keisha Barnwell
CT 00283
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, Connecticut 06511
(203) 432-4800
Brett.dignam@yale.edu

### CERTIFICATION OF SERVICE

I hereby certify that on July 27, 2010, a copy of foregoing was filed electronically on opposing counsel. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/ Brett Dignam_____
BRETT DIGNAM